STATE v. ATKINSON

No. 713P82.

Case below: 60 N.C. App. 1.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 February 1983. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 8 February 1983.

STATE v. BATEMAN

No. 693P82.

Case below: 59 N.C. App. 738.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 January 1983.

STATE v. COOPER

No. 23P83.

Case below: 60 N.C. App. 439.

Petition by defendant for discretionary review under G.S. 7A-31 denied 25 January 1983.

STATE v. COX

No. 706P82.

Case below: 59 N.C. App. 239.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 28 January 1983.

STATE v. DARDEN

No. 711P82.

Case below: 59 N.C. App. 738.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 January 1983.